## MADISON BLDG ASSN v ECKERT

Ohio Appeals, 1st Dist, Hamilton Co

Decided July 9, 1934

Ireton & Schoenle, Cincinnati, for plaintiff in error.

Bernard J. Gilday, Cincinnati, and J. Paul McQueen, Cincinnati, for defendant in error.

For full opinion see 3 OO 96; 49 Oh Ap 210.